IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEQUOIA FORESTKEEPER, a non-profit organization,

    Plaintiff,

    v.

UNITED STATE FOREST SERVICE, ABIGAIL KIMBELL, in her official capacity as Chief of the United States Forest Service, and TINA TERRELL, in her official capacity as Forest Supervisor for Sequoia National Forest,

    Defendants.

CASE NO. 1:09-cv-00392-LJO-JLT

ORDER GRANTING JOINT MOTION TO AMEND THE SCHEDULING ORDER

Pursuant to the Parties' joint request, and for good cause appearing,

IT IS HEREBY ORDERED that the Parties' Joint Motion to Amend the Scheduling Order (Doc. 31) is GRANTED, and the Scheduling Order is amended as follows:

1. Defendants shall have until March 11, 2010 to file the administrative record in this matter.

2. Plaintiff shall have until April 8, 2010 to file any objections thereto.

IT IS SO ORDERED.

Dated: **February 9, 2010**

    /s/ Jennifer L. Thurston
    UNITED STATES MAGISTRATE JUDGE

1