BENJAMIN B. WAGNER
United States Attorney
J. EARLENE GORDON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2991
Facsimile:   (916) 554-2900

Attorneys for Defendant
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOIA FORESTKEEPER,<br><br>           Plaintiff,<br><br>      v.<br><br>UNITED STATES FOREST SERVICE, et al.<br><br>           Defendants. | CASE NO. 1:09-cv-00392 LJO BAK<br><br>**NOTICE OF SUBSTITUTION OF DEFENDANT AND ORDER** |

### NOTICE OF SUBSTITUTION OF DEFENDANT

NOTICE IS HEREBY GIVEN that Tom Tidwell has replaced Abigail R. Kimbell as Chief of the United States Forest Service.  Accordingly, pursuant to Federal Rule of Civil Procedure 26(d)(1), Tom Tidwell is substituted as defendant, and all further proceedings in this action "shall be in the name of the substituted party."

                                                                Respectfully Submitted,

DATED:  May 21, 2010                              BENJAMIN B. WAGNER
                                                                United States Attorney


                                                                By: */s/ J. Earlene Gordon*
                                                                J. EARLENE GORDON
                                                                Assistant United States Attorney

**SUBSTITUTION OF DEFENDANT**                    1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

It is so ORDERED.

Dated: _May 24, 2010____                                  /s/ Lawrence J. O'Neill___
                                                          UNITED STATES DISTRICT JUDGE