IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOIA FORESTKEEPER, | CASE NO. CV F 09-392 LJO JLT |
| | **AMENDED JUDGMENT** |
| Plaintiff, | |
| vs. | |
| UNITED STATES FOREST SERVICE, et al., | |
| Defendants. | |
| _____/ | |

# **FINAL JUDGMENT**

Pursuant to the orders dated December 3, 2010 (Doc. 80) and March 15, 2011 (Doc. 94), this Court enters the following as the Judgment of the Court:

1. Summary judgment is GRANTED in favor of Sequoia Forestkeeper and against the USFS on Sequoia Forestkeeper's second and fourth causes of action;

2. Summary judgment is GRANTED in favor of the USFS and against Sequoia Forestkeeper on Sequoia Forestkeeper's first and third causes of action; and

3. Sequoia Forestkeeper's request for relief is GRANTED in part and DENIED in part;

4. This Court SETS ASIDE and VACATES the Sellers Special Use Permit; and

5. This action is REMANDED to the USFS further consideration and action consistent with these opinions.

IT IS SO ORDERED.

**Dated:   March 16, 2011**              /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

1