. LONG (SB# 244147)
NATHAN T. MOORE (SB# 268391)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105-3441
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100

RENÉ VOSS (SB# 255758)
15 Alderney Road
San Anselmo, CA 94960-1601
Telephone: (415) 446-9027
Facsimile: (267) 316-3414

Attorneys for Plaintiff
SEQUOIA FORESTKEEPER

BENJAMIN B. WAGNER
United States Attorney
J. EARLENE GORDON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2991
Facsimile: (916) 554-2900

Attorneys for the Federal Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SEQUOIA FORESTKEEPER, a non-profit organization,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, TOM TIDWELL, in his official capacity as Chief of the United States Forest Service, and TINA TERRELL, in her official capacity as Forest Supervisor for Sequoia National Forest,<br><br>Defendants. | CASE NO. 1:09-CV-00392-LJO-JLT<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE MOTION REGARDING FEES**<br><br><br>Judge:    Honorable Lawrence J. O'Neill<br><br>Complaint Filed: March 2, 2009 |

1   WHEREAS the Court entered an amended judgment on March 16, 2011;

2   WHEREAS any application for attorneys' fees pursuant to Local Rule 293(a)
3   would otherwise be due not later than twenty-eight (28) days after entry of final judgment;

4   WHEREAS any motion pursuant to the Equal Access to Justice Act ("EAJA"), 28
5   U.S.C. § 2412, is due "within 30 days of final judgment in the action," and defines "final
6   judgment" as "a judgment that is final and not appealable," 28 U.S.C. § 2412(d)(2)(G);

7   WHEREAS the judgment in this case becomes unappealable 60 days from the
8   time of its entry;

9   WHEREAS Plaintiff Sequoia ForestKeeper and the Federal Defendants have not
10  yet had an opportunity to meet and confer with respect to this Court's order and amended
11  judgment or with respect to attorneys' fees and expenses relating to the litigation;

12  WHEREAS Federal Defendants have not yet determined whether they will appeal
13  the final judgment in this case;

14  WHEREAS Plaintiff seeks to clarify the timing for filing an EAJA motion for fees
15  and expenses pursuant to Local Rule 293(a);

16  WHEREAS Plaintiff and the Federal Defendants agree to extend the deadline for
17  an application for attorneys' fees under the Local Rule to coincide with the deadline under the
18  EAJA;

19  NOW THEREFORE the parties, by and through their undersigned counsel, hereby
20  stipulate and agree that the deadline for Plaintiff to file a motion for attorneys' fees and expenses
21  under Local Rule 293(a) is hereby extended to be the same as the deadline for filing an
22  application for fees under EAJA.  By entering into this stipulation, Federal Defendants do not
23  waive any defenses as to whether Plaintiff is entitled to fees or costs.

24  DATED:  April 12, 2011          PAUL, HASTINGS, JANOFSKY & WALKER LLP

25                                  By:         /s/  Eric A. Long
26                                              ERIC A. LONG

27                                  Attorneys for Plaintiff
                                    SEQUOIA FORESTKEEPER
28

Case No. C 09-00392 LJO          -1-          STIPULATION AND [PROPOSED] ORDER
                                              TO EXTEND DEADLINE TO FILE MOTION
                                              REGARDING FEES

DATED: April 12, 2011

By:   /s/ J. Earlene Gordon (as authorized on 4/12/11)
J. EARLENE GORDON

Attorneys for the Federal Defendants

## **ORDER**

The Court has considered the above Stipulation, and good cause appearing therefore, the Court hereby ORDERS as follows:  the deadline for Plaintiff to file a motion for attorneys' fees and expenses under Local Rule 293(a) is hereby extended to be the same as the deadline for filing an application for fees under EAJA.  Plaintiff shall file any application or motion for attorneys' fees no later than no later than thirty days after this Court's amended judgment becomes non-appealable.

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: April 12, 2011____              _/s/ Lawrence J. O'Neill___
                                       Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE


LEGAL_US_W # 67665425.1